GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

EDMUND K. SAFFERY        5860-0
    esaffery@goodsill.com
KELLIE K. L. WONG          11870-0
    kwong@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawai'i 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorneys for Defendant
STATE FARM FIRE AND
CASUALTY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STEVEN B. LONGWELL,<br><br>                  Plaintiff,<br><br>        vs.<br><br>STATE FARM FIRE AND<br>CASUALTY COMPANY,<br><br>                  Defendant. | CIVIL NO. 1:25-cv-00305-DKW-WRP<br><br>FIRST STIPULATION TO AMEND SCHEDULING ORDER TO CONTINUE EXPERT AND RELATED DEADLINES<br><br>Judge: Honorable Derrick K. Watson<br>Trial: November 30, 2026 |

## FIRST STIPULATION TO AMEND SCHEDULING ORDER TO CONTINUE EXPERT AND RELATED DEADLINES

Pursuant to Federal Rules of Civil Procedure Rules 6 and 26, and Local Rules 6.2 and 37.1(a) it is hereby stipulated and agreed by and among Plaintiff STEVEN B. LONGWELL ("Plaintiff") and Defendant STATE FARM FIRE AND CASUALTY COMPANY ("Defendant"), through their undersigned attorneys, as follows:

WHEREAS, on August 25, 2025, the Court issued a Scheduling Order (ECF No. 12);

WHEREAS, per the Scheduling Order, Plaintiff's expert disclosures are due on March 23, 2026;

WHEREAS, per the Scheduling Order, Defendant's expert disclosures are due on May 22, 2026;

WHEREAS, per the Scheduling Order, rebuttal disclosures are due within thirty (30) days after the disclosure by the other party;

WHEREAS, on March 10, 2026, the parties conferred;

WHEREAS, to avoid burdening the court with unnecessary motion practice, and to resolve the issues raised during that conference, the parties agreed to modify the expert deadlines and discovery and dispositive motions deadlines in this action as set forth below;

IT IS THEREFORE STIPULATED and AGREED, subject to this Court's approval, that:

1.      Plaintiff shall file expert disclosures by April 6, 2026;

2.      Defendant shall file both affirmative expert disclosures and any rebuttal disclosures by June 5, 2026;

3.      Plaintiff shall file rebuttal expert disclosures by July 6, 2026; and

4.      The discovery and dispositive motions deadlines (ECF No. 12, Page # 63, ¶¶ 5a & 6) shall be continued to July 20, 2026.

5.      The discovery motions deadline (ECF No. 12, Page # 63, ¶ 5b) shall be continued to June 19, 2026.

DATED:  Honolulu, Hawai'i, March 20, 2026

/s/ Edmund K. Saffery
EDMUND K. SAFFERY
KELLIE K. L. WONG

Attorneys for Defendant
STATE FARM FIRE AND
CASUALTY COMPANY

/s/ Maria C. F. Cruz
MARIA C. F. CRUZ
CARLOS D. PEREZ-MESA, JR.
JASON S. KASAMOTO

Attorneys for Plaintiff
STEVEN B. LONGWELL

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, March 23, 2026.



Wes Reber Porter
United States Magistrate Judge

---

*Steven B. Longwell v. State Farm Fire and Casualty Company*, Civil No. 1:25-cv-00305-DKW-WRP; First Stipulation to Amend Scheduling Order to Continue Expert and Related Deadlines