PILLAR PROPERTY LAW

MARIA C.F. CRUZ    #11643-0
WESLEY G. BARR    #11204-0
LORENZO N. LIMA    #11747-0
Attorneys at Law
A Law Corporation
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Telephone: (808) 427-8002
Facsimile: (904) 638-9302
E-mail:  *mcruz@pillar.law*
    *wbarr@pillar.law*
    *llima@pillar.law*

PULICE NERVELL

CARLOS D. PEREZ-MESA, JR.  #5448-0
JASON S. KASAMOTO   #11376-0
Topa Financial Center
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Telephone: (808) 535-8400
Facsimile: (808) 535-8444
Email:  *cperez-mesa@paclawteam.com*
    *jkasamoto@paclawteam.com*

Attorneys for Plaintiff
STEVEN B. LONGWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STEVEN B. LONGWELL, | ) | CIVIL NO. 1:25-cv-00305-DKW-WRP |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE OF |
| | ) | COUNSEL; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| STATE FARM FIRE AND | ) | |
| CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE THAT LORENZO N. LIMA, ESQ. of

Pillar Property Law, hereby enters his appearance in this case for Plaintiff

STEVEN B. LONGWELL, and hereby requests that all pleadings, documents, and

other papers served or filed in this case be served upon the following:

MARIA C.F. CRUZ
*mcruz@pillar.law*
Pillar Property Law
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813

WESLEY G. BARR
*wbarr@pillar.law*
Pillar Property Law
700 Bishop Street, Suite 2100
Honolulu, Hawaii 968133

2

LORENZO N. LIMA
*llima@pillar.law*
Pillar Property Law
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813

Attorneys for Plaintiff
STEVEN B. LONGWELL

DATED:  Honolulu, Hawaii, March 27, 2026.

PILLAR PROPERTY LAW

*/s/ Lorenzo N. Lima*
MARIA C.F. CRUZ
WESLEY G. BARR
LORENZO N. LIMA

PULICE NERVELL

*/s/ Carlos D. Perez-Mesa, Jr.*
CARLOS D. PEREZ-MESA, JR.
JASON S. KASAMOTO

Attorneys for Plaintiff
STEVEN B. LONGWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STEVEN B. LONGWELL, | ) | CIVIL NO. 1:25-cv-00305-DKW-WRP |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE FARM FIRE AND | ) | |
| CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing

document was served on the following party electronically via CM/ECF on March

27, 2026:

EDMUND K. SAFFERY, ESQ.
*esaffery@goodsill.com*
KELLIE K.L. WONG, ESQ.
*kwong@goodsill.com*
Goodsill Anderson Quinn & Stifel
First Hawaiian Center
999 Bishop Street, Suite 1600
Honolulu, Hawaii 96813

Attorneys for Defendant
STATE FARM FIRE AND CASUALTY COMPANY

DATED:  Honolulu, Hawaii, March 27, 2026.

PILLAR PROPERTY LAW

*/s/ Lorenzo N. Lima*
MARIA C.F. CRUZ
WESLEY G. BARR
LORENZO N. LIMA

PULICE NERVELL

*/s/ Carlos D. Perez-Mesa, Jr.*
CARLOS D. PEREZ-MESA, JR.
JASON S. KASAMOTO

Attorneys for Plaintiff
STEVEN B. LONGWELL

2